EXHIBIT 2



DEMOCRATIC NATIONAL COMMITTEE

May 6, 2004

Mr. Charles Harris
Unique Products & Services
6527 Belfield Avenue #2A1
Philadelphia, PA  19119

Dear Mr. Harris:

Thank you so much for the copy of How America Elects Her Presidents.  I look forward to reading this.

We appreciate your interest in the Democratic Party.

Sincerely,

Terence R. McAuliffe
Chairman

(617)  342

(404)  29

**Democratic Party Headquarters** ▪ 430 South Capitol Street, SE ▪ Washington, DC, 20003 ▪ (202) 863-8000 ▪ Fax (202) 863-8174
*Paid for by the Democratic National Committee. Contributions to the Democratic National Committee are not tax deductible.*
Visit our website at www.democrats.org.



# EXHIBIT 3



**Republican**
**National**
**Committee**

**Ed Gillespie**
Chairman

May 13, 2004

Mr. Charles Harris
Unique Products & Services
6527 Belfield Avenue
#2A1
Philadelphia, PA  19119

Dear Charles,

Thank you for the booklet, *How America Elects Her Presidents*.  It is very informative and full of great information for our country and party.

The next six months promise to be an equally thrilling and busy time.  I am excited to be part of the team and look forward to a successful re-election of President Bush and all Republicans in 2004.

Again, my sincere thanks.

Sincerely,

Ed Gillespie
Chairman

EG/sr

Paid for by the Republican National Committee. www.rnc.org
310 First Street, SE • Washington, DC 20003 • (202) 863-8700 • FAX: (202) 863-8774
Not authorized by any candidate or any candidate committee.

EXHIBIT 4

# UNIQUE PRODUCTS & SERVICES
## CHARLES HARRIS
### P.O. BOX 18996
### PHILADELPHIA, PA 19119
### (215) 242-0655

**THE OPRAH WINFREY SHOW**
**MS. OPRAH WINFREY**
**1058 WASHINGTON BLVD.**
**CHICAGO, ILLONOIS  60607**                    **JANUARY 1, 2008**

**Ms. Winfrey:**

The Great Gandhi once said "if you want to change the world, be that change". Peace to you for all the changes you have made, and continue to make.

I hope you enjoy the photos from my collection.

Ms. Winfrey, I support Senator Barack Obama, I feel he is eminently qualified, a savior for our country, and the scales of justice that the world needs.

I feel **HOW AMERICA ELECTS HER PRESIDENTS** would be a great addition to the campaign of Senator Obama.

This booklet is convenient, educational, well written if I might add, and fun to read.  The booklet would help people remember and to discuss Senator Obama.

**HOW AMERICA ELECTS HER PRESIDENTS** is available for change, additions, or deletions to meet the needs of our candidate.

**HOW AMERICA ELECTS HER PRESIDENTS** would be a great gift for guess of the **OPRAH WINFREY SHOW** during the entire 2008 Presidential campaign.

Ms. Winfrey if you and or your staff are interested in discussing these matters further, I am available at your convenience

Respectfully Yours

Charles Harris
President

EXHIBIT 5



# How America Elects Her Presidents

Booklet



*Courtesy of HARPO*