# How America Elects Her Presidents

Booklet





By Charles Harris

# EXHIBIT 6

**Ship From:**
Unique Products & Services
Charles Harris
PO Box 18996
Philadelphia, PA 19119
P:(215) 242-0655
🏠 Residence
🚫 Not Validated

**Ship To:**
The Oprah Winfrey Show
Ms. Oprah Winfrey
1058 W WASHINGTON BLVD
CHICAGO, IL 60607-2116
🏢 Business
✓ Exact Match

| | |
|---|---|
| Status: | MANIFESTED |
| iShip Track #: | MMPJQR71SCYCN |
| Ship Date: | Wed 09 Jan 2008 |
| Delivery Date: | Fri 11 Jan 2008 |
| Service: | UPS Ground |
| Or/Item#: | |
| Ref#: | |
| Description: | |
| No. of Pkgs.: | 1 |
| Total Weight: | 1.950 lbs (actual); 2.000 lbs (billed) |
| Service Options: | Shipment Notification |

**Shipment Charges:**

| | Retail |
|---|---|
| Shipping | $7.41 |
| Service Options | $0.00 |
| Fuel Surcharge | $0.46 |
| **Total Shipping** | **$7.87** |
| CMS Processing Fee | $0.00 |
| **Total Charges** | **$7.87** |

**Package Detail**

| # | Status | Carrier Track No. | Wt (lbs) | Packaging | PkgRef1 |
|---|---|---|---|---|---|
| 1 | MANIFESTED | 1ZR54W630318134389 | 1.950 | Other 3x3x37 | |

[Details] [Repeat] [Track] [Intl...]                                    [Close]

# EXHIBIT 7

# UNIQUE PRODUCTS & SERVICES

### CHARLES HARRIS
P.O. BOX 18996
PHILADELPHIA, PA 19119
(215) 242-0655

THE OPRAH WINFREY SHOW
MS. OPRAH WINFREY
1058 WASHINGTON BLVD.
CHICAGO, ILL. 60607                  FEBRUARY 10, 2008

Ms. Winfrey:

Our company sent you some 2008 election proposals relative to the Presidential election bid of Senator Barack Obama.

We would be most appreciative of hearing from you or the Senator's campaign Committee.

Senator Obama is our first choice to work with.

We sincerely hope to hear from you or your staff.


Respectfully Yours

Charles Harris

# EXHIBIT 8

1. The President must be at least 35 years old.
2. The President must be a natural born citizen.
3. The President must have lived in the United States for the past 14 years.
4. No one can be President who has been convicted of a major crime.

## Powers

As head of the Executive Branch of government, the president has the following powers and responsibilities:

### EXECUTIVE POWERS
a. Make appointments to the Executive Branch.
b. See that federal laws are carried out.
c. Supervise all federal agencies.

### LEGISLATIVE POWERS
Suggest laws to congress.
Sign or veto laws passed by congress (*congress can over ride a veto*) Can ca congress into special session.

### JUDICIAL POWERS
Appoints all federal and U.S. Suprer Court Justices, but the United States Senate must approve his appointme

### MILITARY POWERS
The president is commander in chief of all the armed forces, and can send military forces anywhere in the worl

### DIPLOMATIC POWERS
He / she makes treaties with other countries (*senate must approve*).
He / she appoints ambassadors to o countries.



EXHIBIT 9