

James K. Polk
105 days - (1845-1849)



**12. Heaviest President**
William H. Taft
354 pounds. - (1909-1913)



**13. Most Children**
John Tyler
(15) - (1841-1845)



**14. Bachelor**
James Buchanan
(1857-1861) - (1857-1861)



**15. Impeached**
Andrew Johnson - (1865-1869)
William Clinton - (1993-2001)



**16. Resigned**
Richard Nixon
(1969-74)



**17. Assassinated**
Abraham Lincoln
(4/14/1865)
James A. Garfield
(7/2/1881)
William H. McKinley
(9/6/1901)
John F. Kennedy





Theodore Roosevelt shook 8,513 hands at a White House function on new years day in 1907.



**19. The Only President Who Never Went to School**
Andrew Johnson – His wife taught him to read and write.



**20. The Only Man to be President + Vice President + Not be Elected**
Gerald Ford – He replaced Vice President Spiro Agnew (1973) and he replaced President Nixon in (1974).



**21. Father and Son Presidents**
With the election of George W. Bush as the 43rd President, we have the 2nd father and son Presidents in the nation's history



The 1st was John Adams (1797 - 1801) followed by his son - John Quincy Adams (1825-1829).



Followed by George H. Bush (1989-1993) and his son George W. Bush (2001-2009).



**22. Jewish Candidate**
In the 2003 Presidential Election, Democratic Candidate **Al Gore's** Vice Presidential running mate **Joseph Lieberman** was the 1st Jewish candidate for president or vice president.

# EXHIBIT 10

hands at a White House function on new years day in 1907.



### 19. The Only President Who Never Went to School
Andrew Johnson – His wife taught him to read and write.



### 20. The Only Man to be President + Vice President + Not be Elected
Gerald Ford – He replaced Vice President Spiro Agnew (1973) and replaced President Nixon in (1974).



### 21. Father and Son Presidents
With the election of George W. Bush as the 43rd President, we have the 2nd father and son Presidents in the nation's history



The 1st was John Adams (1797 - 1801) followed by his son - John Quincy Adams (1825-1829).



Followed by George H. Bush (1989 - 1993) and his son George W. Bush (2001-2009).





### 22. Jewish Candidate
In the 2003 Presidential Election, Democratic Candidate Al Gore's Vice Presidential running mate Joseph Lieberm



105 days - (1845-1849)



### 12. Heaviest President
William H. Taft
354 pounds. - (1909-1913)



### 13. Most Children
John Tyler
(15) - (1841-1845)

### 14. Bachelor
James Buchanan
(1857-1861) - (1857-1861)



### 15. Impeached
Andrew Johnson - (1865-1869)
William Clinton - (1993-2001)

### 16. Resigned
Richard Nixon
(1969-74)



### 17. Assassinated
Abraham Lincoln
(4/14/1865)



James A. Garfield
(7/2/1881)



William H. McKinley
(9/6/1901)


