IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES HARRIS and UNIQUE PRODUCTS AND SERVICES,** : | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | NO. 10 - 5655 |
| v. | : | |
| | : | |
| **OPRAH WINFREY and THE OPRAH WINFREY SHOW, d/b/a HARPO PRODUCTIONS INC.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 18th day of March, 2011, upon consideration of Defendants' Motion to Dismiss (Document No. 4, filed November 29, 2010), Plaintiffs' Response to Defendants' Motion to Dismiss (Document No. 10, filed December 13, 2010), Defendants' Supplement to the Motion to Dismiss (Document No. 11, filed December 20, 2010), Defendants' Motion for Rule 11 Sanctions (Document No. 12, filed December 20, 2010), and Plaintiffs' Response to Defendants' Motion for Rule 11 Sanctions (Document No. 13, filed December 23, 2010), for the reasons set forth in the Memorandum dated March 18, 2011, **IT IS ORDERED** as follows:

1. Defendants' Motion to Dismiss (Document No. 4, filed November 29, 2010) is **GRANTED**, and plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**;

2. Defendants' Motion for Rule 11 Sanctions (Document No. 12, filed December 20, 2010) is **DENIED**; and

3. The Clerk of Court shall **MARK** the case **CLOSED**.

                                                         **BY THE COURT:**

                                                 **/s/ Hon. Jan E. DuBois**

                                                 **JAN E. DUBOIS, J.**